# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

|  |  |
|---|---|
| **In re:**<br>Brandon Scott Morris<br><br>Debtor(s) | **Case Number** 25−32198−KLP<br>**Chapter** 7<br>**Adversary Proceeding Number** 26−03003−KLP<br>**Judge** Keith L Phillips |
| Dawn B. DeBoer et al.<br><br>Plaintiff(s) |  |
| V.<br>Brandon Scott Morris<br><br>Defendant(s) |  |

## SUMMONS AND NOTICE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days. **Motion or Answer is due by March 5, 2026.** If you make a motion, your time to answer is governed by Fed.R.Bankr.P. 7012.

| ADDRESS OF CLERK: | Charri S Stewart<br>United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| NAME AND ADDRESS OF PLAINTIFF'S ATTORNEY: | Dawn B. DeBoer<br>DeBoerSouth, PLLC<br>1802 Bayberry Court<br>Suite 403<br>Richmond, VA 23226<br>UNITED STATES |
|---|---|

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| ADDRESS: | Judge Phillips' − Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5100, Richmond, VA 23219 |
|---|---|
| DATE AND TIME: | 3/25/26 at 09:30 AM |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Date: February 3, 2026

CHARRI S STEWART, CLERK OF COURT
By /s/ Stephanie Thomas
Deputy Clerk



*[Note: It is the responsibility of counsel for the plaintiff/movant to advise the Court of any settlement or any other valid reason that a Court scheduled pretrial conference, hearing or trial need not be conducted. Counsel are advised to provide the Court with such notification as far in advance of any such conference, hearing or trial as is practical under the circumstances. Failure of such counsel to properly and timely notify the Court may result in the imposition of sanctions. Local Bankruptcy Rule 9013−1(O)].*

Bankruptcy Case No. 25−32198−KLP

Adversary Proceeding Case No. 26−03003−KLP

# CERTIFICATE OF SERVICE

I, _____ (name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint and initial scheduling order was made _____ (date) by:

☐ **Mail Service:** Regular, first class United States mail, postage fully pre−paid, addressed to:

☐ **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:

☐ **Residence Service:** By leaving the process with the following adult at:

☐ **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:

☐ **Publication:** The defendant was served as follows: [Describe briefly]

☐ **State Law:** The defendant was served pursuant to the laws of the State of _____ (name of state), as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

_____  _____
                    Date                                                                              Signature

Print Name

Business Address

City          State          Zip

United States Bankruptcy Court

Eastern District of Virginia

DeBoer,
    Plaintiff                                                 Adv. Proc. No. 26-03003-KLP

Morris,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-7 | User: Stephanie | Page 1 of 1 |
| Date Rcvd: Feb 03, 2026 | Form ID: B250 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2026:**

**Recip ID          Recipient Name and Address**
aty                    +  Dawn B. DeBoer, DeBoerSouth, PLLC, 1802 Bayberry Court, Suite 403, Richmond, VA 23226 UNITED STATES 23226-3773

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2026 at the address(es) listed below:

**Name                        Email Address**

Dawn DeBoer
                        on behalf of Plaintiff Dawn B. DeBoer deboer@deboersouth.com

Dawn DeBoer
                        on behalf of Plaintiff DeBoerSouth  PLLC deboer@deboersouth.com

TOTAL: 2