**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

|  |  |  |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **BRANDON SCOTT MORRIS,** | ) | **Case No. 25-32198-KLP** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |
| | ) | |
| **DAWN B. DEBOER** | ) | **Adversary Proceeding** |
| | ) | |
| **and** | ) | **Case No. 26-03003-KLP** |
| | ) | |
| **DEBOERSOUTH, PLLC** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **BRANDON SCOTT MORRIS** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**<u>DISCOVERY REPORT</u>**

Pursuant to this Court's Initial Scheduling Order, Federal Rule of Bankruptcy Procedure

7026 and Federal Rule of Civil Procedure 26(f), counsel for the parties met on March 12, 2026 to

Dawn B. DeBoer, Esquire (VSB No. 26551)
DeBoerSouth, PLLC
1802 Bayberry Court, Suite 403
Richmond, Virginia 23226
Telephone: (804) 533-7770
Facsimile: (804) 285-0201
Email: deboer@deboersouth.com

*Counsel for Dawn B. DeBoer and DeBoerSouth, PLLC*

formulate a discovery plan in this matter via telephone. Counsel submit this report outlining the discovery plan.

**Discovery Deadline:**  The deadline for completion of all discovery is July 29, 2026.

**Pretrial Disclosures:** The pretrial disclosures shall be made as set forth in Federal Rule of Civil Procedure 26(a)(3), and the parties agree they shall be provided by April 1, 2026.

**Pretrial Disclosures – Expert Testimony:** The pretrial disclosure of experts per Federal Rule of Civil Procedure 26(a)(2) shall be provided by July 1, 2026. The disclosure of rebuttal experts shall be provided by July 21, 2026.

**Pursuant to Federal Rule of Civil Procedure 26(f)(3), the following is provided:**

(A) No changes need be made in the timing, form, or requirement for disclosures under Rule 26(a), except the parties agree the initial disclosures shall be made by April 1, 2026;

(B) Discovery shall be completed by July 29, 2026;

(C) There are no specific issues about disclosure, discovery, or preservation of electronically stored information;

(D) There are no specific issues about claims of privilege or of protection as trial-preparation materials;

(E) There is no need for any changes in the limitations on discovery imposed under these rules.

Respectfully submitted,

2

Date: March 24, 2026

By:    /s/ Dawn B. DeBoer
Dawn B. DeBoer, Esquire (VSB# 26551)
DeBOERSOUTH, PLLC
1802 Bayberry Court, Suite 403
Richmond, Virginia 23228
Telephone: (804) 533-7770
Facsimile: (804) 285-0201
Email:deboer@deboersouth.com

*Counsel for Dawn B. DeBoer and
DeBoerSouth, PLLC*

By:    /s/ Daniel M. Press
Daniel M. Press, Esquire (VSB# 37123)
Chung & Press, P.C.
6718 Whittier Avenue., Suite 200
McLean, Virginia 22101
Telephone: (703) 734-3800
Email:dpress@chung-press.com

*Counsel for Brandon Scott Morris*