**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
RICHMOND DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| BRANDON SCOTT MORRIS | ) | Chapter 7 |
| | ) | Case No. 25-32198-KLP |
| Debtor, | ) | |
| | ) | |
| | ) | |
| DAWN B. DEBOER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | A.P. No. 26-03003-KLP |
| | ) | |
| BRANDON SCOTT MORRIS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF CHANGE OF COUNSEL'S  ADDRESS**

Please take notice that effective August 15, 2026, the undersigned is changing firms.  The

new address is below.

       Dated: August 14, 2026.

       /s/ Daniel M. Press
       Daniel M. Press, VSB 37123
       Law Offices of Daniel M. Press
       201 Washington St.
       Cumberland MD 21502
       (703) 725-7600
       dan@danpress.us

Daniel M. Press, VSB 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us
Counsel for Defendant

## **CERTIFICATE OF SERVICE**

    This is to certify that on this 14th day of August, 2026, I caused to be served the foregoing Notice on counsel for Plaintiff.


                         _/s/ Daniel M. Press_____
                         Daniel M. Press

2