UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re | ) | |
| BRANDON SCOTT MORRIS | ) | Chapter 7<br>Case No. 25-32198-KLP |
| Debtor, | ) | |
| DAWN B. DEBOER, et al., | ) | |
| Plaintiffs,<br>v. | ) | A.P. No. 26-03003-KLP |
| BRANDON SCOTT MORRIS, | ) | |
| Defendant. | ) | |

**JOINT MOTION TO CONTINUE TRIAL DATE**

NOW COME the Plaintiffs and Defendant, through their respective counsel, and jointly move to continue the trial date in this matter. In support hereof, the Parties state as follows:

1. This adversary proceeding seeks to deny Debtor's discharge and for a determination of dischargeability of Plaintiff's claim for attorney's fees against Debtor.

2. The Complaint alleges a claim in the amount of $94,446.74. Of that, $52,635.86 is alleged to be secured by an attorney's lien.

3. That attorney's lien is the subject of another adversary proceeding brought by the Trustee, *Broscious v. DeBoer*, No. 26-03006-KLP. The outcome of that proceeding will potentially affect the amount at issue in this case, and thus waiting for the result in that case may substantially improve the possibility of settlement of this case.

4. Trial in this case is set for September 8, 2026. Trial in the *Broscious* case is set for October 1, 2026. Continuing this case until some time after the *Broscious* case is resolved will not result in a substantial delay.

WHEREFORE, the Parties respectfully request that the trial in this case be continued until a mutually convenient date after the *Broscious* case is resolved.

Dated: August 25, 2026.

Respectfully submitted,

DeBOERSOUTH, PLLC

By: /s/ Dawn B. DeBoer
Dawn B. DeBoer, Esquire
DeBOERSOUTH, PLLC
1802 Bayberry Court, Suite 403
Richmond, Virginia 23228
Telephone: (804) 533-7770
Facsimile: (804) 285-0201
Email:deboer@deboersouth.com

*Counsel for Dawn B. DeBoer and*
*DeBoerSouth, PLLC*

/s/Daniel M. Press
Daniel M. Press, #07300
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us
Counsel for Defendant

CERTIFICATE OF SERVICE

This is to certify that on this 25th day of August, 2026, I caused the foregoing Motion to be served on opposing counsel by CM/ECF, with a copy by email to the U.S. Trustee.

/s/ Daniel M. Press
Daniel M. Press