UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re<br><br>BRANDON SCOTT MORRIS<br><br>Debtor, | Chapter 7<br>Case No. 25-32198-KLP |
| DAWN B. DEBOER, et al.,<br><br>Plaintiffs,<br>v.<br><br>BRANDON SCOTT MORRIS,<br><br>Defendant. | A.P. No. 26-03003-KLP |

ORDER

Upon consideration of the Joint Motion to Continue Trial Date, it is hereby ORDERED that the Motion is GRANTED and that the Trial in this matter be and hereby is continued to November 16, 2026, at 10:00 A.M.

SO ORDERED.

Dated: Aug 27 2026

/s/ Keith L Phillips
Judge, U.S. Bankruptcy Court

Entered on Docket: Aug 27 2026

WE ASK FOR THIS:

DeBOERSOUTH, PLLC

/s/ Dawn B. DeBoer
Dawn B. DeBoer, Esquire
DeBOERSOUTH, PLLC
1802 Bayberry Court, Suite 403
Richmond, Virginia 23228
Telephone: (804) 533-7770
Facsimile: (804) 285-0201
Email:deboer@deboersouth.com

*Counsel for Dawn B. DeBoer and DeBoerSouth, PLLC*

__/s/ Daniel M. Press________
Daniel M. Press, VSB 37123
201 Washington St.
Cumberland MD 21502
(703) 725-7600
Counsel for Defendant

Local Rule 9022-1(C) Certification

The foregoing Order was signed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

__/s/Daniel M. Press___
Daniel M. Press

Copies by CM/ECF to:

Counsel for Plaintiff
Counsel for Defendant
=