**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 25-32198-KLP** |
| **BRANDON SCOTT MORRIS,** | ) | **Chapter 7** |
| **Debtor.** | ) | |
| **DAWN B. DEBOER, et. al.,** | ) | |
| **Plaintiffs,** | ) | **A.P. No. 26-03003-KLP** |
| **v.** | ) | |
| **BRANDON SCOTT MORRIS,** | ) | |
| **Defendant.** | ) | |

**JOINT MOTION TO CONTINUE TRIAL DATE**

NOW COME the Plaintiffs and Defendant, through their respective counsel, and jointly move to continue the trial date in this matter currently scheduled for November 16, 2026. In support hereof, the Parties state as follows:

1. This adversary proceeding seeks to deny Debtor's discharge and for a determination of dischargeability of Plaintiff's claim for attorney's fees against Debtor.

2. The Complaint alleges a claim in the amount of $94,446.74. Of that, $52,635.86 is alleged to be secured by an attorney's lien.

3. That attorney's lien was the subject of another adversary proceeding brought by the Trustee, *Broscious v. DeBoer*, No. 26-03006-KLP. On September 15, 2026 this Court

issued an Order abstaining from ruling on that matter and granting the parties relief from the automatic stay to address the matter in state court.

4. A hearing in Chesterfield County Circuit Court is scheduled for January 28, 2027 to address this attorney' lien matter. The outcome of that hearing will potentially affect the amount at issue in this case, and thus waiting for the result in that case may substantially improve the possibility of settlement of this case.

5. Continuing this case until a date after the January 28, 2027 hearing in Chesterfield County Circuit Court will not result in a substantial delay.

WHEREFORE, the Parties respectfully request that the trial in this case be continued until a mutually convenient date after January 28, 2027.

Dated: November 6, 2026

Respectfully submitted,

By: /s/ Dawn B. DeBoer

Dawn B. DeBoer, Esquire (VSB #26551)
DeBoerSouth, PLLC
1802 Bayberry Court, Suite 403
Richmond, VA 23226
Telephone: (804) 533-7770
Facsimile: (804) 285-0201
Email:deboer@deboersouth.com
*Counsel for Dawn B. DeBoer and DeBoerSouth, PLLC*

_/s/Daniel M. Press _______

Daniel M. Press, VSB 37123
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of November 2026, I caused a copy of the foregoing to be served by electronic means through the ECF system and a copy mailed to the following:

Daniel M. Pres, Esquire
201 Washington Street
Cumberland, MD 21502
Counsel for Defendant

/s/ Dawn B. DeBoer
______________________________
Dawn B. DeBoer